UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, YUMA DIVISION

United States of America                                CASE: 14-61107MP

vs.

Felipe Zarate-Altamirano

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Felipe Zarate-Altamirano, was represented by counsel, Brenda Michelle Acosta Sandoval (FPD).

The defendant pled guilty to the Complaint on 03/03/2014. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 02/26/2014 |

As pronounced on 03/03/2014, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of FIFTEEN (15) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, March 03, 2014.

James F. Metcalf
United States Magistrate Judge

Arresting Agency: YUM
FBI Number: 704654HC5

| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - YUMA | |

Date: 03/03/2014          Case Number: 14-61107MP

USA vs. **Felipe Zarate-Altamirano**
U.S. MAGISTRATE JUDGE: JAMES F. METCALF      Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Maria Rodriguez Gutierrez
INTERPRETER REQ'D: Miguel Aguayo, Spanish
Attorney for Defendant: Brenda Michelle Acosta Sandoval (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **02/27/2014**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**FIFTEEN (15) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:   Brenda Michelle Acosta Sandoval (FPD) is appointed as attorney of record for defendant.

|  | Recorded by Courtsmart | COP: 2 |
|---|---|---|
|  | BY: Jocelyn Arviso | Sent: 0 |
|  | Deputy Clerk | IA: 0 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 14-61107MP |
| | Citizenship: MEXICO |
| Felipe Zarate-Altamirano | DOA: 02/27/2014 |
| YOB: 1981 | |

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about February 26, 2014, near Lukeville, Arizona in the District of Arizona, Defendant Felipe ZARATE-Altamirano, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near Ajo, Arizona. The citizenship and immigration status of the Defendant was questioned. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near Lukeville, Arizona on February 26, 2014.

File Date: 03/03/2014            at Yuma, Arizona

Jerry Rivas, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 03/03/2014

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: 704654HC5

Magistrate Information Sheet

Complaint: Felipe Zarate-Altamirano

Criminal History: None

Immigration History: The DEFENDANT was deported to MEXICO on October 19, 2013, through CALEXICO, CA.